**PAYDAY GARDEN CITY,
L.L.C., Appellant,**

v.

**COMMUNITY FINANCIAL SERVICES
ASSOCIATION OF AMERICA,
Appellee.**

No. 03–1359.

United States Court of Appeals,
Federal Circuit.

Feb. 6, 2004.

Before LOURIE, CLEVENGER, and
BRYSON, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**In re Meir STRAHILEVITZ.**
No. 03–1453.

United States Court of Appeals,
Federal Circuit.

Feb. 10, 2004.

Before NEWMAN, GAJARSA, and
DYK, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36